PS 8
(3/15)

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

JAN 19 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.     Al-Jibory, Mohammed Naji     Docket No.     0980 4:21CR06042-023

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mohammed Naji Al-Jibory, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 21st day of December 2021, under the following conditions:

**Special Condition #4:** Defendant shall avoid all contact, direct or indirect, with any co-defendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The Defendant is considered to be in violation of his conditions of pretrial release by using a third party to try and contact a witness in the subject investigation or prosecution on or about January 17, 2022.

The Defendant commenced pretrial supervision on December 21, 2021. His conditions of pretrial supervision were reviewed with him on the same date. The Defendant had his friend with him to help provide interpreting services in case the Defendant did not understand any of his conditions. The Defendant signed a copy of his conditions form acknowledging an understanding of them, specifically special condition number 4, as noted above.

On January 18, 2022, an email was received indicating Special Agent McKay of the Federal Bureau of Investigation (FBI) had received information the Defendant attempted to indirectly contact a Confidential Human Source (CHS), who is a potential witness in the subject investigation or prosecution.

Contact was made with Special Agent McKay who advised the Defendant had indirectly contacted another person, RG, attempting to ascertain the CHS' telephone number and place of residence. Special Agent McKay reported this contact occurred on January 17, 2022. The summary of the conversation between the Defendant and RG revolved around the Defendant telling RG the CHS owed him money for a car that was sold to the CHS, which was a ruse to get RG to provide the requested contact information for the CHS.

Special Agent McKay reported this attempt is considered to be serious as the FBI has information that multiple co-defendants in the Defendant's indictment have attempted to contact this CHS and other witnesses involved in this investigation, and detailed that threats have been made against these witnesses. Special Agent McKay was asked if the Defendant specifically asked for this CHS' telephone number and address and if the Defendant knows who the CHS is, to which he replied in the affirmative. Special Agent McKay noted the Defendant and his co-defendants know who this CHS is and have been trying to locate the CHS.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

**Re: Al-Jibory,, Mohammed Naji**
**January 19, 2022**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 19, 2022

by    s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

James P. Hutton
Signature of Judicial Officer  USMJ

1/19/2022
Date