≈ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 01, 2022

SEAN F. MCAVOY, CLERK

U.S.A. vs.          Al-Jibory, Mohammed Naji          Docket No.          0980 4:21CR06042-023

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mohammed Naji Al-Jibory, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 21st day of December, 2021, under the following conditions:

**Special Condition #4:** Defendant shall avoid all contact, direct or indirect, with any co-defendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by using a third party to try and contact a witness in the subject investigation or prosecution on or about January 28, 2022.

The defendant commenced pretrial supervision on December 21, 2021. His conditions of pretrial supervision were reviewed with him on the same date. The Defendant had his friend with him to help provide interpreting services in case the Defendant did not understand any of his conditions. The Defendant signed a copy of his condition form acknowledging an understanding of them, specifically special condition number 4, as noted above.

On February 1, 2022, an email was received from Special Agent McKay of the Federal Bureau of Investigation (FBI) indicating the Defendant again attempted to contact the same Confidential Human Source (CHS) from the previous petition reported to the Court on January 19, 2022. Special Agent McKay advised he received evidence the Defendant had again contacted a third party, RG, attempting to solicit the CHS' location.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          February 1, 2022

by          s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

PS-8
**Re: Al-Jibory, Mohammed Naji**
**February 1, 2022**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_2/1/22_
_____
Date